UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL DEVER,           )<br>                          )<br>        Plaintiff,      )<br>                          )<br>v.                        )<br>                          )<br>SAFECO INSURANCE COMPANY OF )<br>AMERICA,                  )<br>                          )<br>        Defendant.        ) | Case No. 14-cv-307-RAW |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Darrell Dever, by and through his counsel of record, Rusty Smith of Brennan, Smith & Cherbini, PLLC, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 14th day of October, 2014.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
NEWTON O'CONNOR TURNER & KETCHUM, P.C.
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
jirby@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT**

-and-

s/Rusty Smith
s/William W. O'Connor (*Signed by Filing Attorney with permission of Plaintiff Attorney*)
Rusty Smith, OBA No. 19575
BRENNAN, SMITH & CHERBINI, PLLC
P.O. Box 1067
Muskogee, OK 74402-1067
(918) 687-4400 telephone
(918) 684-4430 facsimile
rsmith@muskogeelawyers.com

**ATTORNEYS FOR PLAINTIFF**